IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

REGINA WHITE, Individually and
as Special Administratrix of the Estate
of David Carroll White, Deceased                                    PLAINTIFF

v.                     No. 2:17-cv-59-DPM

ROBERT MADIGAN; WOODALL                                         DEFENDANTS/
AUTO TRANSPORT, INC.; and NOE                                CROSS-CLAIMANTS/
CADENA, d/b/a NC Trucking                                     CROSS-DEFENDANTS

JUDGMENT

The amended complaint and all the cross-claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 July 2017